

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| WILLIAM SHANE WEBB,<br>    Petitioner, | )<br>)<br>) | Civil Action No. 7:14-cv-00585<br><br>**ORDER** |
| v. | )<br>) | |
| | ) | By:   Hon. Jackson L. Kiser |
| JAMES V. KEELING,<br>    Respondent. | )<br>) |        Senior United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that the petition for writ of habeas corpus, pursuant to 28 U.S.C. §2254, is **DISMISSED without prejudice** as unexhausted; a certificate of appealability is **DENIED**; and the action is **STRICKEN** from the active docket of the court.

The Clerk shall send certified copies of this Order and the accompanying Memorandum Opinion to Petitioner.

**ENTER**: This 31st day of October, 2014.

/s/ Jackson L. Kiser
Senior United States District Judge